UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

ORDER
MAGNER, J.
MARCH 27, 2009

IN THE MATTER OF:   CASE NO.

**LEVERNIA MCDONEALD**   08-12630

DEBTOR(S)   SECTION A
  CHAPTER 13

## **ORDER**

Hearing on Confirmation of Debtor's Chapter 13 Plan was held on the 24th day of March, 2009.

Present at the hearing were:

Mark Needham, Counsel for Debtor;
Blake Oakes, Counsel for Wells Fargo Auto Finance, Inc.; and
Andrew Wiebelt, II, Counsel for Chapter 13 Trustee

Objection to Confirmation having been filed by Counsel for Wells Fargo Auto Finance, Inc.;

The Court having considered the merits of the Plan, the Objection thereto, the arguments of counsel as well as the evidence, stipulations, and representations made; and,

For the reasons orally assigned;

**IT IS ORDERED** that Confirmation of the Debtor's Plan of Reorganization is **DENIED.**

**IT IS FURTHER ORDERED** *sua sponte* that the **bankruptcy proceeding for the above captioned debtor be and hereby is dismissed** and the automatic stay pursuant to 11 U.S.C. §362 is vacated and set aside.

New Orleans, Louisiana, March 27, 2009.

  Elizabeth W. Magner
  U.S. Bankruptcy Judge